**ROBERTS & SHAPIRO, LLP**
Keefe E. Roberts, Esq. Bar No. 212643
Email: kroberts@robertsandshapiro.com
Jenna M. Warden, Esq. Bar No. 286511
Email: jwarden@robertsandshapiro.com
6 Venture, Suite 305
Irvine, California 92618
Tel: (888) 659-2899
Fax: (855) 491-5809

Attorneys for Defendant,
AZTEC FORECLOSURE CORPORATION

KEEFE ROBERTS & ASSOCIATES
6 Venture, Suite 305
Irvine, CA, 92618

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY LOHSE and HANNEKE LOHSE,

Plaintiff,

v.

NATIONSTAR MORTGAGE, LLC; AZTEC FORECLOSURE CORPORATION; and DOES 1 through 10, inclusive,

Defendants.

Case No. 3:14-cv-00514-JCS

**PLAINTIFFS AND DEFENDANT AZTEC FORECLOSURE CORPORATION'S SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

**L.R. 6-1(a)**

Plaintiffs, GARY LOHSE and HANNEKE LOHSE ("Plaintiffs") on the one hand, and Defendant, AZTEC FORECLOSURE CORPORATION ("Defendant"), on the other hand, through their respective attorneys on record, jointly stipulate as follows:

WHEREAS Defendant was served with the Complaint on February 7, 2014;

WHEREAS Defendant's responsive pleading was initially due on or before February 28, 2014;

WHEREAS Plaintiffs and Defendant filed a joint stipulation on February 27, 2014 to extend the time for Defendant to file its responsive pleading to March 14, 2014;

WHEREAS this Court granted that stipulation on March 3, 2014;

KEEFE ROBERTS & ASSOCIATES
6 Venture, Suite 305
Irvine, CA 92618

WHEREAS Plaintiffs and Defendant continue to engage in discussions regarding the merits of the Complaint that may lead to settlement of the lawsuit.

THE PARTIES HEREBY STIPULATE THAT:

1. Pursuant to Local Rule 6-1(a), Defendant's deadline to respond to the Complaint in this action is extended from March 14, 2014 to March 28, 2014.

Dated: March 11, 2014

PRICE LAW GROUP, APC

By: _/s/ G. Thomas Martin, III, Esq._____
G. Thomas Martin, III, Esq.
Attorney for Plaintiffs, GARY LOHSE and HANNEKE LOHSE

Dated: March 11, 2014

ROBERTS & SHAPIRO, LLP

By: _/s/ Jenna M. Warden _________
Jenna M. Warden
Attorney for Defendant, AZTEC FORECLOSURE CORPORATION

Dated: March 12, 2014

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Joseph C. Spero
NORTHERN DISTRICT OF CALIFORNIA

KEEFE ROBERTS & ASSOCIATES
6 Venture, Suite 305
Irvine, CA 92618

**PROOF OF SERVICE**
**(C.C.P. §§1013(a) and 2015.5)**

I, the undersigned, declare:

I am over the age of 18 and not a party to the within action. My business address is 6 Venture, Suite 305, Irvine, California 92618.

On February 28, 2014 I served true and correct copies of the following document(s): **PLAINTIFFS AND DEFENDANT AZTEC FORECLOSURE CORPORATION'S SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT,** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**() By Regular Mail:** I caused copies of such document, enclosed in sealed envelopes, to be deposited in the mail at Irvine, California, with postage thereon fully prepaid to the persons and addresses indicated on the attached service list. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of any party served, service presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing set forth in this affidavit.

**(✓) By Electronic Service:** By electronically transmitting such document(s) in .pdf or other computer readable format, pursuant to *C.C.P.* §1010.6 and *C.R.C.*, Rule 2.260, from email address: * to the parties (who have agreed to service by electronic mail in this action) and at the email addresses indicated on the attached Service List. No electronic delivery report indicating non-receipt or incomplete transmission was received, or, a read/delivery receipt was received indicating successful transmission to each such party.

**( ) By Personal Service:** I caused such document(s) to be delivered by hand to the above address(es).

**(_) By Overnight Courier:** I caused the above-referenced document(s) to be delivered to a courier service (Federal Express) for delivery the next business day to the above address(es).

**( ) By Facsimile Machine:** I caused the above-referenced document(s) to be transmitted during normal business hours from Fax telephone number(s) (949) 648-5354 to the person(s) and at the Fax telephone number(s) indicated on the attached Service List. A Fax "Transmission Report" confirming successful, error-free transmission was received for each such party.

Executed on February 28, 2014 at Irvine, California.

**(✓) (State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**(_) (Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

/s/ Jenna Warden
Jenna Warden

KEEFE ROBERTS & ASSOCIATES
6 Venture, Suite 305
Irvine, CA 92618

**SERVICE LIST**

| | |
|---|---|
| G. Thomas Martin, III, Esq.<br>PRICE LAW GROUP, APC<br>ECF | Attorney for Plaintiffs |