MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
MEGAN C. KELLY (State Bar No. 251293)
mck@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
NATIONSTAR MORTGAGE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| GARY LOHSE and HANNEKE LOHSE,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE; AZTEC FORECLOSURE CORPORATION; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:14-CV-00514-JCS<br><br>**PLAINTIFFS AND DEFENDANT NATIONSTAR MORTGAGE LLC'S JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**L.R. 6-1(a)**<br><br>The Hon. Joseph C. Spero<br>Courtroom G, 15th Floor |

Plaintiffs Gary Lohse and Hanneke Lohse, and Defendant Nationstar Mortgage, LLC (erroneously sued herein as Nationstar Mortgage) ("Nationstar"), by and through their counsel of record, jointly stipulate as follows:

WHEREAS Nationstar was served with the First Amended Complaint on March 24, 2014;

WHEREAS Nationstar's responsive pleading would have been due on or before April 10, 2014;

WHEREAS Nationstar and Plaintiffs are engaging in discussions regarding the merits of the First Amended Complaint that may lead to dismissal of the lawsuit;

WHEREAS, in light of the ongoing discussions, Nationstar and Plaintiffs have agreed to extend the deadline for Nationstar to respond to the First Amended Complaint;

1  WHEREAS, the agreed-upon extension will not alter any date, event or deadline already
2 fixed by the Court.
3  THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Nationstar,
4 each through their counsel of record, that pursuant to Local Rule 6-1(a), the deadline for
5 Nationstar to file a response to the First Amended Complaint shall be extended to April 24, 2014.
6  IT IS SO STIPULATED.

8 DATED:  April 10, 2014                              PRICE LAW GROUP APC

10                                                             By:      */s/ G. Thomas Martin, III*
11                                                                        G. THOMAS MARTIN, III
12                                                             Attorneys for Plaintiffs LOHSE

13 I, Megan C. Kelly, am the ECF user whose identification and password are being used to file this
14 Stipulation.  I hereby attest that G. Thomas Martin, III has concurred in this filing.
15 */s/ Megan C. Kelly*

                                                                SEVERSON & WERSON
17 DATED:  April 10, 2014                              A Professional Corporation

19                                                             By:      */s/ Megan C. Kelly*
20                                                                        Megan C. Kelly
21                                                             Attorneys for Defendant NATIONSTAR MORTGAGE,
22                                                             LLC

23  Dated: 4/21/14

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA