UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LOHSE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>NATIONSTAR MORTGAGE,<br><br>        Defendant. | Case No.  14-cv-00514-JCS<br><br>**CLERK'S NOTICE**<br><br>Re: Dkt. No. 40 |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Defendant's Motion to Dismiss previously noticed for September 26, 2014, at 9:30 A.M., has been rescheduled to **September 26, 2014, at 2:00 P.M.,** before Magistrate Judge Spero, Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.   Plaintiffs shall file and serve their memorandum in opposition to the Motion to Dismiss on or before **August 25, 2014.**  Defendant's reply brief to their Motion to Dismiss shall be filed and served on or before **September 2, 2014.**

Dated: June 24, 2014

Richard W. Wieking
Clerk, United States District Court

_Karen L. Hom_
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LOHSE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONSTAR MORTGAGE,<br><br>　　　　Defendant. | Case No. 14-cv-00514-JCS<br><br>**CERTIFICATE OF SERVICE** |

　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　That on 6/24/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gary Lohse
7394 North Meridian Road
Vacaville, CA 95688

Hanneke Lohse
7394 North Meridian Road
Vacaville, CA 95688

Dated: 6/24/2014

　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　Karen Hom, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　Honorable JOSEPH C. SPERO