UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LOHSE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONSTAR MORTGAGE,<br><br>    Defendant. | Case No. 14-cv-00514-JCS<br><br>**ORDER STRIKING PLAINTIFF'S DISCOVERY REQUEST**<br><br>Re: Dkt. No. 38 |

On June 17, 2014, the Court received Plaintiff's filing styled "Request for Discovery Nationstar Mortgage LLC Agency Relationship With Deutsche Bank." Dkt. No. 38. The Court construes this filing as a discovery request that should be served on the intended responding party and not filed with the Court.

Accordingly, the request is stricken.

**IT IS SO ORDERED.**

Dated: June 26, 2014

JOSEPH C. SPERO
United States Magistrate Judge