

# Severson & Werson

A Professional Corporation

Megan C. Kelly
Attorney
Direct Line: (415) 677-5679
mck@severson.com

One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

July 25, 2014

The Honorable Joseph C. Spero
United States District Court, Northern District of California
Courtroom G- 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Lohse v. Nationstar Mortgage, et al.*
      United States District Court, Northern District of California, Case No. 3:14-cv-00514-JCS

Dear Judge Spero:

Our offices represent Nationstar Mortgage LLC (erroneously sued as Nationstar Mortgage) ("Defendant") in the above referenced action. Mary Kate Sullivan, Esq. is lead trial counsel for this action and I am the associate handling the matter. Defendant filed a Motion to Dismiss or in the Alternative for a More Definite Statement, which was originally scheduled for hearing on May 30, 2014. The Court subsequently continued the hearing date to September 26, 2014 to give Plaintiffs time to retain new counsel or to prepare for proceeding *pro se.*

A Case Management Conference is scheduled for August 1, 2014 at 2:00 p.m. Ms. Sullivan will be out of the office on a pre-planned family vacation at that time. We therefore respectfully request permission for me, as the associate handling the matter, to appear in her place. I will be able to answer any questions posed by the Court and commit to dates scheduled by the Court. Alternatively, we respectfully request permission for Ms. Sullivan to appear telephonically for the Case Management Conference.

Thank you for your attention to this matter.

IT IS HEREBY ORDERED THAT Ms. Kelly may appear at the case management conference on 8/1/14 at 2:00 PM
Dated: 7/28/14

[SEAL: IT IS SO ORDERED / Judge Joseph C. Spero]

Respectfully,

Megan C. Kelly

MCK:MCK
CC: Plaintiffs Hanneke and Gary Lohse (via U.S. Mail)

11951.0330/3363558.1

San Francisco ~ Orange County