MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
MEGAN C. KELLY (State Bar No. 251293)
mck@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
NATIONSTAR MORTGAGE LLC (erroneously sued as NATIONSTAR MORTGAGE)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| GARY LOHSE and HANNEKE LOHSE,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE; AZTEC FORECLOSURE CORPORATION; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:14-CV-00514-JCS<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>The Hon. Joseph C. Spero<br>Courtroom G, 15th Floor<br><br>Action Filed:   February 3, 2014<br>FAC Filed:      March 24, 2014<br>Trial Date:      TBD |

On October 20, 2014, the Court entered an Order Denying in Defendant Nationstar Mortgage LLC's (erroneously sued as "Nationstar Mortgage") Motion to Dismiss the First Amended Complaint. Based on the date the Court issued the Order, Defendant's deadline to file its response to the First Amended Complaint is November 3, 2014.

Pursuant to United States District Court, Northern District of California, Civil Local Rule 6-1, which provides that the parties may stipulate to extend the time for responding to a complaint without leave of Court, Plaintiffs Gary and Hanneke Lohse ("Plaintiffs") and defendant Nationstar Mortgage LLC ("Defendant"), each by and through their undersigned counsel, respectfully submit the following stipulation:

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant, each by and

through their undersigned counsel, that:

The deadline for Defendant to file its responsive pleading shall be extended to November 17, 2014.

This extension of time will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

DATED:  October 30, 2014        YESK LAW

By: ___/s/ Michael Yesk___
Michael Yesk
Attorneys for Plaintiffs Gary Lohse and Hanneke Lohse

DATED:  October 30, 2014        SEVERSON & WERSON
A Professional Corporation

By: ___/s/ Megan C. Kelly___
Megan C. Kelly

Attorneys for Defendant NATIONSTAR MORTGAGE LLC (erroneously sued as NATIONSTAR MORTGAGE)

I, Megan C. Kelly, am the ECF user whose identification and password are being used to file this **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**.  I hereby attest that Michael Yesk, counsel for Plaintiffs, has concurred in this filing.

/s/Megan C. Kelly

Dated: 10/31/14

*IT IS SO ORDERED*
*Judge Joseph C. Spero*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*