UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*MAGISTRATE JUDGE MARIA-ELENA JAMES*

CIVIL MINUTE ORDER

**DATE:** January 14, 2015

**TITLE :** GARY LOHSE, ET.AL v. NATIONSTAR MORTGAGE, ET.AL          **CASE #:** C 14-00514 JCS (MEJ)

**APPEARANCES:**

| FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|
| Michael Yesk, Esq. | Megan C. Kelly, Esq. |

**Deputy Clerk:** Rose Maher

**PROCEEDINGS:**
- ____ Case Management
- ____ Further Case management
- ____ Status Conference
- ____ Pretrial Conference
- _X_ Settlement Conference (Length: 1 hr. 30 mins.)
- ____ Evidentiary Hearing
- ____ Examination of Judgment Debtor
- ____ Motions

**ORDER/RESULTS:**

Settlement conference held, case settled in full. Settlement put on the record. All parties agreed to be bound by the settlement in open Court. The parties shall file a dismissal with prejudice upon execution of the settlement documents and distribution of the settlement funds. This dismissal is for U.S. District Court Civil Action C14-00514 <u>only</u> and does not effect the separate State Court Action in Solano County, Action No. FCS043010.

FTR Time: 11:26-11:29
cc: Karen Hom, Courtroom Deputy to Magistrate Judge Spero