MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
MEGAN C. KELLY (State Bar No. 251293)
mck@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
NATIONSTAR MORTGAGE LLC (erroneously sued as NATIONSTAR MORTGAGE)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| GARY LOHSE and HANNEKE LOHSE,<br><br>         Plaintiffs,<br><br>    vs.<br><br>NATIONSTAR MORTGAGE; AZTEC FORECLOSURE CORPORATION; and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No. 3:14-CV-00514-JCS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br><br>**[FRCP Rule 41(a)(1)(A)(ii)]**<br><br>The Hon. Joseph C. Spero<br>Courtroom G, 15th Floor<br><br>Action Filed:   February 3, 2014<br>FAC Filed:      March 24, 2014 |

**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**

Plaintiffs Gary Lohse and Hanneke Lohse ("Plaintiffs") and Defendant Nationstar Mortgage LLC (erroneously sued as Nationstar Mortgage) ("Nationstar"), by and through their counsel of record, hereby stipulate and agree as follows:

Plaintiffs hereby **DISMISS** the above-referenced action **WITH PREJUDICE**. The parties agree to bear their own attorneys' fees, costs and any expenses.

**IT IS SO STIPULATED.**

DATED: Feb. 10, 2015                    YESK LAW

By: /s/ Michael Yesk
    Michael Yesk

Attorneys for Plaintiffs GARY LOHSE AND HANNEKE LOHSE

DATED: Feb. 11, 2015                    Respectfully submitted,

SEVERSON & WERSON
A Professional Corporation

By: /s/ Megan C. Kelly
    Megan C. Kelly

Attorneys for Defendant Nationstar Mortgage LLC (erroneously sued as Nationstar Mortgage)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 2/13/15

_____
The Hon. [signature: Judge Joseph C. Spero]
United States District Court Magistrate Judge